UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ANDRES YAQUI SOCOP, et al.,　　　　　　　　　　:

　　　　　　　Plaintiffs,　　　　　　　　　　　　:　　ORDER

　　-v.-　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　19 Civ. 4631(PGG) (GWG)
VENKY'S FOOD CORP., et al.,　　　　　　　　　　:

　　　　　　　Defendants.　　　　　　　　　　　　:
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

　　It has been reported to the Court that the parties have reached a settlement of this matter. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015.

　　The parties are directed to make such an application to District Judge Paul G. Gardephe on or before December 13, 2019, and in compliance with any applicable Individual Practices of Judge Paul G. Gardephe.

　　If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c). The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

　　SO ORDERED.

Dated: November 22, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19