UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDRES YAQUI SOCOP (A/K/A MARIO TUJAL), PEDRO DE LA LUZ MARTINEZ, PORFIDIO MUTZUTZ XIQUIN, and SANTOS CASTILLO, *individually and on behalf of others similarly situated*,

                      *Plaintiffs,*

   -against-

VENKY'S FOOD CORP. (D/B/A OM REAL INDIAN FOOD) and RITA SABHARWAL,

                      *Defendants.*
-----------------------------------------------------------X

Case No.: 19-cv-04631 (PGG)

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs in the above captioned action and Venky's Food Corp. (d/b/a OM Real Indian Food) through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

17

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: April 12, 2021 ~~, 2020~~                    Dated: January 24, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.                 KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiffs*                          *Attorneys for Venky's Food Corp. (d/b/a OM Real Indian Food)*

By: _____                        By: _____
    Michael Faillace, Esq.                              Keith Gutstein, Esq.
    Gennadiy Naydenskiy, Esq.                           Matthew Cohen, Esq.
60 East 42nd Street, Suite 4510                     135 Crossways Park Drive, Suite 201
New York, New York 10165                            Woodbury, New York 11797
(212) 317-1200                                      (516) 681-1100
michael@faillacelaw.com                             kgutstein@kdvlaw.com
naydenskiylaw@gmail.com                             mcohen@kdvlaw.com

**SO ORDERED:**

_____
Hon. Paul G. Gardephe, U.S.D.J.

April 14, 2021

18